UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERESA MOORE,                          )
on behalf of J.L.M., a minor,           )
    Plaintiff,                          )
                                        )      No. 1:10-cv-834
-v-                                     )
                                        )      HONORABLE PAUL L. MALONEY
COMMISSIONER OF SOCIAL SECURITY,        )
    Defendant.                          )
_____)

## JUDGMENT

Having affirmed the Commissioner's decision, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant Commissioner and against Plaintiff Theresa Moore.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  September 20, 2012                    /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                Chief United States District Judge