UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THERESA MOORE, )<br>on behalf of J.L.M., a minor, )<br>    Plaintiff, )<br>)<br>-v- )<br>)<br>COMMISSIONER OF SOCIAL SECURITY, )<br>    Defendant. )<br>_____ ) | No. 1:10-cv-834<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having affirmed the Commissioner's decision, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant Commissioner and against Plaintiff Theresa Moore.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:   September 20, 2012              /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        Chief United States District Judge